UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA BLACKMON,<br><br>       Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO, Commissioner of Social Security[1],<br><br>       Defendant. | Case No.  1:24-cv-00711-JLT-BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPEAL, GRANTING DEFENDANT'S REQUEST TO AFFIRM, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT<br><br>(Docs. 12, 14, 15) |

Felicia Blackmon initiated this action seeking judicial review of a final decision denying her application for supplemental security income under the Social Security Act.  (*See* Docs. 1, 12.)  Plaintiff asserts the administrative law judge erred in assessing the residual functional capacity and failed to provide clear and convincing reasons for rejecting her subjective complaints.  (Doc. 12 at 3, 4–9.)  The Commissioner asserts substantial evidence supports the ALJ's decision, and the Court should affirm.  (Doc. 14 at 4–9.)

The magistrate judge determined that the ALJ adequately accounted for plaintiff's moderate limitations in the residual functional capacity and provided specific and legitimate reasons for discounting plaintiff's subjective complaints.  (Doc. 15 at 7, 8.)  Thus, the magistrate

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

judge recommended the Court deny plaintiff's appeal, affirm the agency's determination to deny benefits, and enter judgment in favor of defendant.  (*Id.* at 10.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days.  (Doc. 15 at 10.)  The Court advised the parties that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 11, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Plaintiff filed objections on July 29, 2025.  (Doc. 16.) Defendant responded to the objections on August 5, 2025.  (Doc. 17.)

According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the case.  The Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 15) are **ADOPTED**.

2. Plaintiff's appeal and request for remand (Doc. 12) are **DENIED**.

3. Defendant's request to affirm the administrative decision (Doc. 14) is **GRANTED**.

4. The Clerk of the Court is directed to terminate any pending motions; enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Felicia Blackmon; and to close this case.

IT IS SO ORDERED.

Dated:   **January 29, 2026**

UNITED STATES DISTRICT JUDGE